| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Edward J Pietrzak<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–3706<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Tracy Lynn Pietrzak<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–4613<br>EIN: __–_____ |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter: 7    1/31/24 |
| Case number: 24–20235–CMB | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward J Pietrzak | Tracy Lynn Pietrzak |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 500 31st Street<br>McKeesport, PA 15132 | 500 31st Street<br>McKeesport, PA 15132 |
| 4. | **Debtor's attorney**<br>Name and address | Jeffrey Wayne Ross<br>Harold Shepley & Assoc.<br>209 West Patriot Street<br>Somerset, PA 15501 | Contact phone 814–444–0500<br>Email: jross@shepleylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Crystal H. Thornton–Illar<br>LEECHTISHMAN<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 | Contact phone 412–261–1600<br>Email: cthornton–Illar@leechtishman.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Case 24-20235-CMB    Doc 11    Filed 02/04/24    Entered 02/05/24 00:22:05    Desc Imaged
                              Certificate of Notice    Page 2 of 6
Debtor  **Edward J Pietrzak**  and  **Tracy Lynn Pietrzak**                                           Case number **24–20235–CMB**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 2/2/24 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 25, 2024 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Enter Meeting ID 451 616 4812, and Passcode 6001318900, call 1–412–239–8484**<br><br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/24/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20235-CMB |
| Edward J Pietrzak | Chapter 7 |
| Tracy Lynn Pietrzak | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 02, 2024 | Form ID: 309A | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward J Pietrzak, Tracy Lynn Pietrzak, 500 31st Street, McKeesport, PA 15132-7144 |
| tr | + | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| ust | + | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 15680817 | + | Everett & Hurite Opthalmic Association, 1835 Forbes Avenue, Pittsburgh, PA 15219-5835 |
| 15680822 | + | MRS BPO, LLC, P.O. Box 1050, Cherry Hill, NJ 08034-0012 |
| 15680825 | + | Pennsylvania Turnpike Commission, E-Z Pass Customer Service Center, 300 E.Park Drive, Harrisburg, PA 17111-2729 |
| 15680829 | + | SS Grover MD Associates, 2580 Haymaker Road, Monroeville, PA 15146-3518 |
| 15680839 | | UPMC, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 15680840 | + | UPMC Health Plan, P.O. Box 371842, Pittsburgh, PA 15250-7842 |
| 15680842 | | UPMC McKeesport, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 15680843 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | Feb 03 2024 00:11:00 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: jross@shepleylaw.com | Feb 03 2024 00:11:00 | Jeffrey Wayne Ross, Harold Shepley & Assoc., 209 West Patriot Street, Somerset, PA 15501 |
| tr | + | EDI: BCHTHORNTONILLR | Feb 03 2024 05:04:00 | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| smg | | EDI: PENNDEPTREV | Feb 03 2024 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2024 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 03 2024 05:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2024 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Feb 03 2024 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15680802 | | EDI: CINGMIDLAND.COM | Feb 03 2024 05:04:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 60197-6416 |
| 15680800 | + Email/Text: backoffice@affirm.com | Feb 03 2024 00:12:00 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 15680801 | + Email/Text: jsallpod@hotmail.com | Feb 03 2024 00:12:00 | Allegheny Podiatry Mangement, 495 East Waterfront Drive, Suite 230, Homestead, PA 15120-1151 |
| 15680805 | + EDI: CITICORP | Feb 03 2024 05:04:00 | CBNA, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15680831 | Email/Text: cfcbackoffice@contfinco.com | Feb 03 2024 00:11:00 | SURGE, P.O. Box 3220, Buffalo, NY 14240 |
| 15680812 | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 03 2024 00:11:00 | Credit Corp Solutions, 121 W. Election Rd, Suite 200, Draper, UT 84020 |
| 15680811 | Email/Text: customercareus@creditcorpsolutionsinc.com | Feb 03 2024 00:11:00 | Credit Corp Solutions, 63 East 11400 South #408, Sandy, UT 84070 |
| 15680803 | + EDI: CAPITALONE.COM | Feb 03 2024 05:04:00 | Capital One, Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15680804 | + EDI: CAPITALONE.COM | Feb 03 2024 05:04:00 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15680806 | + EDI: CITICORP | Feb 03 2024 05:04:00 | Citibank, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15680807 | + EDI: CITICORP | Feb 03 2024 05:04:00 | Citibank/The Home Depot, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15680809 | + Email/Text: mediamanagers@clientservices.com | Feb 03 2024 00:11:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 15680808 | + Email/Text: mediamanagers@clientservices.com | Feb 03 2024 00:11:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15680810 | EDI: WFNNB.COM | Feb 03 2024 05:04:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15680814 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 03 2024 00:12:00 | Credit Management Company, Foster Plaza Building, 661 Anderson Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 15680813 | + Email/Text: bdsupport@creditmanagementcompany.com | Feb 03 2024 00:12:00 | Credit Management Company, Attn: Bankruptcy, 661 Anderson Drive, Ste 110, Pittsburgh, PA 15220-2700 |
| 15680815 | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 03 2024 00:11:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 15680819 | EDI: CITICORP | Feb 03 2024 05:04:00 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15680816 | + EDI: USBANKARS.COM | Feb 03 2024 05:04:00 | Elan Financial Services, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2459 |
| 15680818 | + EDI: PHINHARRIS | Feb 03 2024 05:04:00 | Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 15680821 | Email/Text: EBN@Mohela.com | Feb 03 2024 00:11:00 | Mohela/Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005 |
| 15680820 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2024 00:11:00 | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15680823 | + EDI: AGFINANCE.COM | Feb 03 2024 05:04:00 | OneMain Financial, Bankruptcy Department, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15680826 | Email/Text: bkrgeneric@penfed.org | Feb 03 2024 00:11:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 15680827 | Email/Text: bkrgeneric@penfed.org | Feb 03 2024 00:11:00 | Pentagon Federal Credit Union, P.O. Box 1432, |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
|  |  |  |  | Alexandria, VA 22313 |
| 15680824 | + | Email/Text: gtatkus@pc-fcu.org | Feb 03 2024 00:12:00 | Parkview Community Federal Credit Union, 2100 Eden Park Blvd, McKeesport, PA 15132-7621 |
| 15680828 | ^ | MEBN | Feb 03 2024 00:00:01 | Revco Solutions, P.O. Box 163279, Columbus, OH 43216-3279 |
| 15680832 |  | EDI: SYNC | Feb 03 2024 05:04:00 | Synchrony Bank/American Furniture, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15680833 | + | EDI: SYNC | Feb 03 2024 05:04:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15680834 |  | EDI: AISTMBL.COM | Feb 03 2024 05:04:00 | T-Mobile, P.O. Box 629025, El Dorado Hills, CA 95762 |
| 15680835 |  | Email/Text: tidewaterlegalebn@twcs.com | Feb 03 2024 00:11:00 | Tidewater Finance Company, 6520 Indian River Road, Virginia Beach, VA 23464 |
| 15680836 | + | Email/Text: rhonda@wecollectmore.com | Feb 03 2024 00:11:00 | Tri-State Adjustments, Inc., 3439 East Avenue South, La Crosse, WI 54601-7241 |
| 15680841 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 03 2024 00:12:00 | UPMC Magee, 300 Halket Street, Pittsburgh, PA 15213-3108 |
| 15680844 |  | Email/Text: BankruptcyNotice@upmc.edu | Feb 03 2024 00:12:00 | UPMC Presbyterian, Attn: Billing, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |
| 15680838 | + | Email/Text: BAN5620@UCBINC.COM | Feb 03 2024 00:11:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Toledo, OH 43614-1501 |
| 15680837 | + | Email/Text: BAN5620@UCBINC.COM | Feb 03 2024 00:11:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 15680845 | + | EDI: WFFC2 | Feb 03 2024 05:04:00 | WF Bank, Attn: Bankruptcy, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15680830 |  | Steel Strong Community |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 02, 2024 | Form ID: 309A | Total Noticed: 53 |

**below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com |
| Jeffrey Wayne Ross | on behalf of Joint Debtor Tracy Lynn Pietrzak jross@shepleylaw.com  bk@shepleylaw.com |
| Jeffrey Wayne Ross | on behalf of Debtor Edward J Pietrzak jross@shepleylaw.com  bk@shepleylaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5