# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Tracy Lynn Pietrzak　　　　　　　　　　　　　　　CHAPTER 7
　　　　　　Edward J Pietrzak
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　BKY. NO. 24-20235 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of AmeriSave Mortgage Corporation and index same on the master mailing list.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ *Denise Carlon*
　　　　　　　　　　　　　　　Denise Carlon
　　　　　　　　　　　　　　　05 Feb 2024, 14:48:53, EST

Denise Carlon, Esq. (317226)　☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com