**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward J Pietrzak | Social Security number or ITIN   xxx–xx–3206 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Tracy Lynn Pietrzak | Social Security number or ITIN   xxx–xx–4613 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   24–20235–JCM

# Order of Discharge                                                                12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward J Pietrzak                                    Tracy Lynn Pietrzak

6/5/24                                               **By the court:**   John C Melaragno
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20235-JCM |
| Edward J Pietrzak | Chapter 7 |
| Tracy Lynn Pietrzak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 05, 2024 | Form ID: 318 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward J Pietrzak, Tracy Lynn Pietrzak, 500 31st Street, McKeesport, PA 15132-7144 |
| 15680817 | + | Everett & Hurite Opthalmic Association, 1835 Forbes Avenue, Pittsburgh, PA 15219-5835 |
| 15680822 | + | MRS BPO, LLC, P.O. Box 1050, Cherry Hill, NJ 08034-0012 |
| 15680829 | + | SS Grover MD Associates, 2580 Haymaker Road, Monroeville, PA 15146-3518 |
| 15680840 | + | UPMC Health Plan, P.O. Box 371842, Pittsburgh, PA 15250-7842 |
| 15680843 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 06 2024 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 06 2024 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2024 23:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jun 05 2024 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15680802 | | EDI: ATTWIREBK.COM | Jun 06 2024 03:53:00 | AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416 |
| 15680800 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 06 2024 00:09:52 | Affirm, Inc., Attn: Bankruptcy, 650 California Street, Fl 12, San Francisco, CA 94108-2716 |
| 15680801 | + | Email/Text: jsallpod@hotmail.com | Jun 05 2024 23:58:00 | Allegheny Podiatry Mangement, 495 East Waterfront Drive, Suite 230, Homestead, PA 15120-1151 |
| 15717884 | | Email/PDF: bncnotices@becket-lee.com | Jun 06 2024 00:09:47 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15680805 | + | EDI: CITICORP | Jun 06 2024 03:53:00 | CBNA, Attn: Bankruptcy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 15680831 | | Email/Text: cfcbackoffice@contfinco.com | Jun 05 2024 23:57:00 | SURGE, P.O. Box 3220, Buffalo, NY 14240 |

Case 24-20235-JCM    Doc 23    Filed 06/07/24    Entered 06/08/24 00:31:43    Desc Imaged
Certificate of Notice    Page 4 of 6

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 2 of 4 |
| Date Rcvd: Jun 05, 2024 | | Form ID: 318 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15680812 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 05 2024 23:57:00 | Credit Corp Solutions, 121 W. Election Rd, Suite 200, Draper, UT 84020 |
| 15680811 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jun 05 2024 23:57:00 | Credit Corp Solutions, 63 East 11400 South #408, Sandy, UT 84070 |
| 15680803 | + | EDI: CAPITALONE.COM | Jun 06 2024 03:53:00 | Capital One, Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15680804 | + | EDI: CAPITALONE.COM | Jun 06 2024 03:53:00 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15680806 | + | EDI: CITICORP | Jun 06 2024 03:53:00 | Citibank, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15680807 | + | EDI: CITICORP | Jun 06 2024 03:53:00 | Citibank/The Home Depot, Centralized Bankruptcy, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 15680809 | + | Email/Text: mediamanagers@clientservices.com | Jun 05 2024 23:57:00 | Client Services, Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 15680808 | + | Email/Text: mediamanagers@clientservices.com | Jun 05 2024 23:57:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 15680810 | | EDI: WFNNB.COM | Jun 06 2024 03:53:00 | Comenity Bank, Bankruptcy Department, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15680814 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 05 2024 23:58:00 | Credit Management Company, Foster Plaza Building, 661 Anderson Drive, Suite 110, Pittsburgh, PA 15220-2700 |
| 15680813 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jun 05 2024 23:58:00 | Credit Management Company, Attn: Bankruptcy, 661 Anderson Drive, Ste 110, Pittsburgh, PA 15220-2700 |
| 15680815 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 05 2024 23:57:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 15680819 | | EDI: CITICORP | Jun 06 2024 03:53:00 | Macys, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15680816 | + | EDI: USBANKARS.COM | Jun 06 2024 03:53:00 | Elan Financial Services, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-2459 |
| 15680818 | + | EDI: PHINHARRIS | Jun 06 2024 03:53:00 | Harris & Harris, Ltd., 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 15680821 | | Email/Text: EBN@Mohela.com | Jun 05 2024 23:57:00 | Mohela/Dept. of Ed., 633 Spirit Drive, Chesterfield, MO 63005 |
| 15680820 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 05 2024 23:57:00 | Midland Credit Management, 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15680823 | + | EDI: AGFINANCE.COM | Jun 06 2024 03:53:00 | OneMain Financial, Bankruptcy Department, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15680826 | | Email/Text: bkrgeneric@penfed.org | Jun 05 2024 23:57:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313 |
| 15680827 | | Email/Text: bkrgeneric@penfed.org | Jun 05 2024 23:57:00 | Pentagon Federal Credit Union, P.O. Box 1432, Alexandria, VA 22313 |
| 15680824 | + | Email/Text: gtatkus@pc-fcu.org | Jun 05 2024 23:58:00 | Parkview Community Federal Credit Union, 2100 Eden Park Blvd, McKeesport, PA 15132-7621 |
| 15680825 | ^ | MEBN | Jun 05 2024 23:51:15 | Pennsylvania Turnpike Commission, E-Z Pass Customer Service Center, 300 E.Park Drive, Harrisburg, PA 17111-2729 |
| 15680828 | ^ | MEBN | Jun 05 2024 23:51:32 | Revco Solutions, P.O. Box 163279, Columbus, OH 43216-3279 |
| 15680832 | | EDI: SYNC | Jun 06 2024 03:53:00 | Synchrony Bank/American Furniture, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 05, 2024 | Form ID: 318 | Total Noticed: 50 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5061 |
| 15680833 | + | EDI: SYNC | Jun 06 2024 03:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15680834 | | EDI: AISTMBL.COM | Jun 06 2024 03:53:00 | T-Mobile, P.O. Box 629025, El Dorado Hills, CA 95762 |
| 15680835 | | Email/Text: tidewaterlegalebn@twcs.com | Jun 05 2024 23:57:00 | Tidewater Finance Company, 6520 Indian River Road, Virginia Beach, VA 23464 |
| 15680836 | + | Email/Text: rhonda@wecollectmore.com | Jun 05 2024 23:57:00 | Tri-State Adjustments, Inc., 3439 East Avenue South, La Crosse, WI 54601-7241 |
| 15680839 | ^ | MEBN | Jun 05 2024 23:51:56 | UPMC, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 15680841 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 05 2024 23:58:00 | UPMC Magee, 300 Halket Street, Pittsburgh, PA 15213-3108 |
| 15680842 | ^ | MEBN | Jun 05 2024 23:51:56 | UPMC McKeesport, P.O. Box 382059, Pittsburgh, PA 15250-8059 |
| 15680844 | | Email/Text: BankruptcyNotice@upmc.edu | Jun 05 2024 23:58:00 | UPMC Presbyterian, Attn: Billing, 200 Lothrop Street, Pittsburgh, PA 15213-2582 |
| 15680838 | + | Email/Text: BAN5620@UCBINC.COM | Jun 05 2024 23:57:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Toledo, OH 43614-1501 |
| 15680837 | + | Email/Text: BAN5620@UCBINC.COM | Jun 05 2024 23:57:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 15680845 | + | EDI: WFFC2 | Jun 06 2024 03:53:00 | WF Bank, Attn: Bankruptcy, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriSave Mortgage Corporation |
| 15680830 | | Steel Strong Community |
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0315-2  User: auto  Page 4 of 4
Date Rcvd: Jun 05, 2024  Form ID: 318  Total Noticed: 50

Crystal H. Thornton-Illar
    cthornton-Illar@leechtishman.com PA95@ecfcbis.com

Denise Carlon
    on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com

Jeffrey Wayne Ross
    on behalf of Joint Debtor Tracy Lynn Pietrzak jross@shepleylaw.com bk@shepleylaw.com

Jeffrey Wayne Ross
    on behalf of Debtor Edward J Pietrzak jross@shepleylaw.com bk@shepleylaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6